Mark Charles Bowman, SBN 143948
BOWMAN LAW FIRM
1820 West Kettleman Lane, Suite F
Lodi California 95242

Telephone: 209/ 367-3717
Facsimile: 209/ 334-6045

Attorney for Real Party in Interest LANI OSBORN

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>NATALIE BAY,<br><br>Debtor. | CASE NO.: 09-48093<br>Chapter 7<br>DC No. MCB-6<br><br>Date: March 1, 2010<br>Time: 9:00 a.m.<br>Location: U.S. Courthouse<br>Sacramento Division<br>501 I Street, 7th Floor<br>Courtroom 28<br>Sacramento, CA |

### MOTION TO COMPEL TRUSTEE TO ABANDON STOCK INTEREST

LANI OSBORN ("Osborn"), a real party in interest herein, hereby moves the Court as follows:

Osborn seeks an order compelling Michael D. McGranahan, the Chapter 7 Trustee in the above-captioned bankruptcy case, to abandon all interest in Lickity Split Designs, Inc.

//

Osborn.BayBK.Abandon.Motion

1

Jurisdiction for the filing of this motion exists pursuant to 28 U.S.C. § 157 and 1334; 11 U.S.C. § 554(a). A creditor may file a motion for a court order requiring the trustee or debtor to abandon property pursuant to §554, above. [11 USC §554(b) – "on request of a party in interest and after notice and a hearing..."; FRBP 6007(b)] 11 U.S.C. §554(b) provides: "[o]n request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate."

Debtor's bankruptcy Schedule states that debtor's interest in the shares of Lickity Split Designs, Inc. is $100.00. [Schedule B Personal Property, p. 19]. Osborn is the remaining shareholder. While the partnership between Debtor and Osborn was terminated in December, 2009, the corporation continues to conduct business solely through Osborne's efforts. However, Debtor's unresolved interest in the stock is preventing Osborn from effectively conducting business with third parties. Consequently, the asset's value does not economically justify the Trustee's administration and is therefore of "inconsequential value and benefit to the estate." [*In re Johnston* (1995) 49 F.3d 538; Notes of the Comm. on Judiciary, Sen. Rep. 95-989].

WHEREFORE, real party in interest Osborn respectfully requests that the Court order that the above referenced property be abandoned.

DATED: January 29, 2010

/s/
Mark Charles Bowman, Attorney
for Real Party in Interest Lani Osborn

Osborn.BayBK.Abandon.Motion

2

MOTION TO COMPEL TRUSTEE TO ABANDON STOCK INTEREST

BOWMAN LAW FIRM
1820 W KETTLEMAN LN, STE F
LODI, CA 95242
Phone (209) 367-3717
Fax (209) 334-6045